FILED

05/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0692

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| MIRIAM PENADO, on behalf of Herself and A.A.H., born 2018, and A.M.H., born 2020,<br><br>Petitioner and Appellant,<br><br>v.<br><br>DANIEL HUNTER,<br><br>Respondent and Appellee. | Cause No. DA-23-0692<br><br>**ORDER** |

Upon consideration of Appellant's motion for extension and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant shall have until June 10, 2024, to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 30 2024